UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT V. GADSON, )<br>                Plaintiff, )<br>vs. )<br>UNITED STATES OF AMERICA, )<br> *et al.*, )<br>                Defendants. ) | Case No. 3:09-cv-00716-LRH-RAM<br><br>ORDER |

     Plaintiff, an inmate proceeding *pro se*, has submitted a complaint (#1) attempting to initiate a civil rights action in this Court. Plaintiff did not pay the required filing fee of $350.00. Although he submitted an "In Forma Pauperis Declaration D. Nev." (#1), it is not made on the proper District of Nevada form and does not contain the information required by 28 U.S.C. §1915(a) and the Local Rules for the District of Nevada. Additionally, plaintiff's complaint is not on the proper District of Nevada form. The Local Rules for the District of Nevada require that the application and complaint be made on the forms provided by this Court. LSR 1-1, 1-2, 1-4, and 2-1. Additionally, the plaintiff must include a signed and executed financial certificate and a copy of his inmate trust account statement. 28 U.S.C. § 1915(a); LSR 1-2.

     **IT IS THEREFORE ORDERED** that the Clerk of the Court shall send plaintiff a blank application form for an application to proceed *in forma pauperis* for incarcerated litigants and a blank civil rights complaint form with instructions. The Clerk of the Court shall return a copy of the complaint to the plaintiff.

**IT IS FURTHER ORDERED** that the action is **DISMISSED** without prejudice for the plaintiff's commencement of a **NEW** action in which he either pays the $350.00 filing fee in full or submits a complete application to proceed *in forma pauperis*, accompanied by a properly executed financial certificate and a copy of his inmate trust account statement. The Clerk of the Court shall enter judgment accordingly.

DATED this 15th day of December, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE